**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| Yiwu Baimei Electronic Commerce Co., Ltd., a Chinese Limited Corporation | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| The Partnerships And Unincorporated Associations Identified On Schedule "A" | ) ) ) ) |
| Defendants. | ) |

**EXHIBIT TWO
COPYRIGHT REGISTRATION**

1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-330-282

**Effective Date of Registration:**
November 14, 2022
**Registration Decision Date:**
December 08, 2022

---

## Title

| | |
|---|---|
| **Title of Work:** | BONSNY Enamel Cat Earrings AE2032 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | May 28, 2019 |
| **Nation of 1st Publication:** | China |

## Author

- | | |
  |---|---|
  | **Author:** | YIWU BAIMEI ELECTRONIC COMMERCE CO,.LTD |
  | **Author Created:** | jewelry design |
  | **Work made for hire:** | Yes |
  | **Citizen of:** | China |
  | **Domiciled in:** | China |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | YIWU BAIMEI ELECTRONIC COMMERCE CO,.LTD<br>RM. 206, UNIT 6, BLDG. 9, XIJINGYUEFU, CHENGXI STREET, YIWU, 322000, China |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Ford Banister LLC |
| **Name:** | Larry Ford Banister II |
| **Email:** | ford@fordbanister.com |
| **Telephone:** | (212)500-3268 |
| **Address:** | Floor 7<br>305 Broadway<br>New York, NY 10007 United States |

Page 1 of 2

## Certification

**Name:** Larry Ford Banister II
**Date:** November 14, 2022

**Registration #:** VA0002330282
**Service Request #:** 1-11866704271



Ford Banister LLC
Larry Ford Banister II
Floor 7
305 Broadway
New York, NY 10007 United States

